No. 02–5510. KING v. CHILDS. Ct. Sp. App. Md. Motion of Carolyn Dingwall and Delphine Jones for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 00–9849. MELVIN v. KELLY SPRINGFIELD TIRE CORP., 534 U. S. 835;

No. 01–1513. KRUEGER v. PRINCIPI, SECRETARY OF VETERANS AFFAIRS, 535 U. S. 1113;

No. 01–6880. HINKLE v. COUNTZ ET AL., 534 U. S. 1088;

No. 01–8747. BEJARANO v. SMALL, WARDEN, ET AL., 535 U. S. 1059;

No. 01–8836. SMITH v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, 535 U. S. 1024;

No. 01–8934. ARRENDONDO IBARRA v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 535 U. S. 1063;

No. 01–9336. RED PAINT, AKA CLIFFORD v. NORTH DAKOTA, 535 U. S. 1115;

No. 01–9557. BATTLE v. ROE, WARDEN, 536 U. S. 910;

No. 01–9674. ROWSEY v. ESLINGER ET AL., 536 U. S. 928;

No. 01–9693. GODEK v. GRAYSON, WARDEN, 536 U. S. 929;

No. 01–9763. NATURALITE v. CIARLO ET AL., 536 U. S. 943;

No. 01–9866. TURNER v. PARKER, 536 U. S. 965;

No. 01–9869. REEVES v. ST. MARY'S COUNTY, MARYLAND, 536 U. S. 965; and

No. 01–10132. NEWSOME v. PHELPS MEMORIAL HOSPITAL CENTER ET AL., 536 U. S. 967. Petitions for rehearing denied.

No. 01–6737. THOMAS v. MCGINNIS, WARDEN, 534 U. S. 1068; and

No. 01–9764. MILES v. DEPARTMENT OF VETERANS AFFAIRS, 535 U. S. 1105. Motions for leave to file petitions for rehearing denied.

OCTOBER 15, 2002

No. 02–5795. RASTEN v. NORFOLK COUNTY, MASSACHUSETTS. C. A. 1st Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.